| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | OWEN ROTH<br>Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700<br>Facsimile: (916) 554-2900 |
| 5 | |
| 6 | Attorneys for Plaintiff<br>United States of America |

FILED
MAR 21 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANTS CONCERNING:<br><br>LOCATION INFORMATION ON A CELLULAR PHONE USED BY MARTIN GASCA-ROJAS; THE RESIDENCE AT 7431 BALFOUR WAY IN SACRAMENTO, CALIFORNIA; AND ELECTRONIC DEVICES SEIZED AT 7431 BALFOUR WAY DURING THE EXECUTION OF A SEARCH | 2:16-sw-0724 DB<br>2:17-sw-0313 CKD<br>2:17-sw-0379 CKD<br>2:17-sw-0468 EFB<br>2:17-sw-0469 EFB<br>2:17-sw-0470 EFB<br>2:17-sw-0471 EFB<br>2:17-sw-0472 EFB<br>2:17-sw-0473 EFB<br>2:17-sw-0474 EFB<br>2:17-sw-0475 EFB<br><br>[PROPOSED] ORDER TO UNSEAL SEARCH WARRANTS AND SEARCH WARRANT AFFIDAVITS |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, hereby ordered unsealed.

Dated: 3-20-18

The Honorable Deborah Barnes
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER TO UNSEAL SEARCH WARRANTS